IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

TRILBA A. DENNY                                                                   PLAINTIFF

v.                 Civil No. 10-3071

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                      DEFENDANT

**J U D G M E N T**

Before the Court is the Report and Recommendation of Honorable James R. Marschewski, Chief United States Magistrate Judge for the Western District of Arkansas. ECF No. 10. Fourteen (14) days have passed without objections being filed by the parties. The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety. Accordingly, the Court adopts the Report and Recommendation, reverses the decision of the Commissioner, and remands this case to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

If Plaintiff wishes to request an award of attorney's fees and costs under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, an application may be filed up until 30 days after the judgment becomes "not appealable" i.e., 30 days after the 60-day time for appeal has ended. *See Shalala v. Schaefer,* 509 U.S. 292, 296, 113 S.Ct. 2625 (1993); 28 U.S.C. §§ 2412(d)(1)(B),(d)(2)(G).

IT IS SO ORDERED this 3rd day of November, 2011.

                                                                                      /s/ Jimm Larry Hendren
                                                                   HONORABLE JIMM LARRY HENDREN
                                                                   UNITED STATES DISTRICT JUDGE