IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

TRILBA A. DENNY                                                  PLAINTIFF

     v.                            CIVIL NO. 10-3071

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                            DEFENDANT

**O R D E R**

      On this 23rd day of May, 2012, the Court has before it for consideration plaintiff's request for attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. For reasons set forth in the Report And Recommendation filed by the Honorable James R. Marschewski, Chief United States Magistrate Judge for the Western District of Arkansas, on April 9, 2012, the Court finds that the Magistrate's recommendations should be adopted *in toto* and hereby awards plaintiff attorney's fees and costs in the amount of **$1,648.10**.

      IT IS SO ORDERED.

                                                    /s/ Jimm Larry Hendren
                                               HONORABLE JIMM LARRY HENDREN
                                               UNITED STATES DISTRICT JUDGE